# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DEAN WILDERMUTH,<br>*Plaintiff*<br>v.<br>BERNARD WARNER and MAGGIE MILLER-STOUT,<br>*Defendant* | Civil Action No. 2:14-CV-0223-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion for Summary Judgment (ECF No. 29) is GRANTED. Judgment is entered in favor of the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendants' Motion for Summary Judgment (ECF No. 29).

Date: May 4, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen